

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 12, 1957

Honorable A. C. Spencer
Executive Director
Texas State Soil Conservation Board
Temple, Texas

Opinion No. WW-97A

Re: Is the State Board of Water
Engineers, under the State
laws, required to approve
watershed plans and the de-
sign and specifications for
individual structures in the
plan?

Dear Mr. Spencer:

On May 17, 1957, this Department rendered Opinion No. WW-97 pertaining to the powers and duties of the Board of Water Engineers, and in said opinion made reference to fresh water supply districts, under Articles 7936 and 7799, V.C.S.

Upon reconsideration of this opinion by the Bond Division and the Oil, Gas and Water Division of this Department, it has been decided that that part of the opinion pertaining to fresh water supply districts should be withdrawn. Therefore, we desire to delete from said opinion the following phrases:

(1) On Page 4, second line from the bottom, the phrase: "and (c) fresh water supply districts (Articles 7936 and 7799)."

(2) On Page 10, Section (b) under "Conclusions", the phrase: "or fresh water supply district".

(3) On Page 11, the fourth and fifth lines, the phrase: "or fresh water supply district".

With the above exceptions, the original Opinion No. WW-97 is affirmed as written.

Very truly yours,

WILL WILSON
Attorney General of Texas

By ~~Houghton Brownlee,~~

Houghton Brownlee, Jr.
Assistant

HB:tiw

APPROVED:

OPINION COMMITTEE:

H. Grady Chandler, Chairman
T. Lawrence Jones
Elbert Morrow
James W. Wilson

REVIEWED FOR THE ATTORNEY GENERAL
BY:   Geo. P. Blackburn